OPINION — AG — 43A O.S. 1977 Supp., 54.1 [43A-54.1], NOW EXPRESSLY PROVIDES THAT A DISTRICT ATTORNEY IN WHOSE DISTRICT THE PERSON REQUIRING TREATMENT MAY BE FOUND IS A PROPER PARTY TO PETITION THE DISTRICT COURT TO DETERMINE WHETHER THE PERSON IS A PERSON REQUIRING TREATMENT AND TO ORDER THE LAST RESTRICTIVE APPROPRIATE TREATMENT FOR HIM. IN ACCORDANCE HEREWITH, THE AG OPINION NO. 71-231 IS OVERRULED. CITE: 43A O.S. 1961 55 [43A-55] (PAUL C. DUNCAN)